**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ERIC X. RAMBERT, | : No. 17 EAP 2025 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court at No. 560 MD |
| | : 2024 dated April 1, 2025. |
| v. | : |
| | : |
| | : |
| BOARD OF PROBATION AND PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                            **DECIDED: March 26, 2026**

      **AND NOW,** this 26th day of March, 2026, the order of the Commonwealth Court is

**AFFIRMED**.